FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0327

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0327

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS JAMES LUCERO,

Defendant and Appellant,

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 12, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 3 2021